FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ARMANDO ABUNDIS, | Case No. CV 12-00450 ODW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| AREF FAKHOURY, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 4, 2013

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY